# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| ANDREW MAYHEW, on behalf of himself and those similarly situated, | : | Case No. 1:20-cv-690 |
| | : | |
| | : | Judge Matthew W. McFarland |
| Plaintiff, | : | |
| v. | : | |
| PTKW, Inc., et al., | : | |
| Defendants. | : | |

## ORDER REGARDING JOINT RESPONSE TO ORDER TO SHOW CAUSE, DISMISSING CLAIMS WITHOUT PREJUDICE, AND TERMINATING ACTION

This case is before the Court on the parties' Joint Response (Doc. 20) to the Court's Order to Show Cause. The Court asked the parties to explain why its approval was not required to dismiss Plaintiff's FLSA claims in this lawsuit. In their Joint Response, the parties explain that they have not reached a settlement of those claims. Rather, Plaintiff has chosen not to pursue his FLSA claims, but reserves the right to do so at a later time. Accordingly, the parties' Joint Stipulation of Dismissal provided that Plaintiff's claims are dismissed without prejudice. The Court is satisfied with the parties' explanation of the circumstances leading to the Joint Stipulation of Dismissal and that its approval of the dismissal of Plaintiff's FLSA claims is not required.

Accordingly, all claims in this action against Defendants are **DISMISSED WITHOUT PREJUDICE**, with no award of counsel fees and each party to bear his/its own court costs, pursuant to the parties' Joint Stipulation of Dismissal (Doc. 18) filed November 30, 2020. This action shall be **TERMINATED** on the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _Matthew W. McFarland_
JUDGE MATTHEW W. McFARLAND